**Order entered October 18, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00845-CV

### TRACY NIXON, Appellant

### V.

### THE ATTORNEY GENERAL OF THE STATE OF TEXAS, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-00-14691**

## ORDER

Before the Court is relator's September 12, 2016 motion to recuse the Honorable Justice Douglas Lang from participating in this matter and relator's September 26, 2016 motion for rehearing en banc. The Court dismissed this appeal and dismissed relator's petition for writ of injunction and petition for writ of prohibition in this matter on September 1, 2016. The Court received relator's motion for rehearing en banc on September 26, 2016. The motion for rehearing en banc was untimely, and relator did not file a motion for extension of time complying with Rule 10.5(b) to file the motion for rehearing en banc. TEX. R. APP. P. 10.5(b), 49.1, 49.7, 49.8. We, therefore, **DENY AS UNTIMELY** relator's motion for rehearing en banc and we **DENY AS MOOT** relator's motion to recuse.

1

/s/    CAROLYN WRIGHT
         CHIEF JUSTICE